**LEVI & KORSINSKY LLP**
Adam C. McCall (SBN 302130)
Email: amccall@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

-and-

NICHOLAS I. PORRITT (DC:457601; NY)
Email: nporritt@zlk.com
ADAM M. APTON (DC:1017720; NY)
Email: aapton@zlk.com
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
(*pro hac vice to be submitted*)

*Attorneys for Movant Kaktrale Austin*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. GRIGGS, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>         v.<br><br>VITAL THERAPIES, INC., TERRY WINTERS, and MICHAEL V. SWANSON,<br><br>                              Defendants. | No. 3:15-cv-02700-JLS-NLS<br><br>**NOTICE OF MOTION AND MOTION OF KAKTRALE AUSTIN FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |

| | |
|---|---|
| ALICIA BEACH HALVERSTADT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>VITAL THERAPIES, INC., TERRY WINTERS, and MICHAEL V. SWANSON,<br><br>　　　　　　　　Defendants. | No. 3:15-cv-02951-JLS-NLS<br><br>Date: March 24, 2016<br>Time: 1:30 p.m.<br>Courtroom: 4A (4th Floor-Schwartz)<br>Judge: Hon. Janis L. Sammartino |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 24, 2016 at 1:30 p.m. or as soon thereafter as the matter can be heard in the courtroom of the Honorable Janis L. Sammartino, situated at 221 West Broadway, San Diego, CA 92101, Movant Kaktrale Austin ("Movant"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (i) consolidating the above captioned actions (ii) appointing Movant as Lead Plaintiff on behalf of all persons that purchased or otherwise acquired Vital Therapies, Inc. ("Vital Therapies" or the "Company") securities; (iii) approving of Movant's counsel as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Adam C. McCall and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on his loss of approximately $ 24,534.44, which was suffered as a result of Defendants' wrongful conduct as alleged in the

1  above-referenced actions.  Further, Movant satisfies the requirements of Rule 23(a)
2  of the Federal Rules of Civil Procedure, as his claims are typical of other Class
3  members' claims and he will fairly and adequately represent the interests of the
4  class.

6  Dated: February 1, 2016          Respectfully submitted,

**LEVI & KORSINSKY LLP**

s/ *Adam C. McCall*
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: amccall@zlk.com

-and-

Nicholas I. Porritt
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com
(*to be admitted pro hac vice*)

*Attorneys for Movant Kaktrale Austin*