Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Co-Lead Counsel for Plaintiff and Class

(*Additional Counsel on signature page*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. GRIGGS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL THERAPIES, INC., TERRY WINTERS, and MICHAEL V. SWANSON,<br><br>Defendants. | No. 3:15-cv-02700-JLS-NLS<br><br>**NOTICE OF MOTION AND MOTION OF NELSON THAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Janis L. Sammartino<br>Date: March 24, 2016<br>Time: 1:30 p.m.<br>Location: Courtroom 4A (4th Floor - Schwartz) |

PLEASE TAKE NOTICE that on March 24, 2016 before the Honorable Janis L. Sammartino, Nelson Than ("Movant") will, and does move this Court for an order granting the Motion: (a) appointing Nelson Than as lead plaintiff; and (b) approving Nelson Than's selection of The Rosen Law Firm, P.A. and Goldberg Law PC as co-lead counsel.

1

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), on the grounds (1) that Movant should be appointed Lead Plaintiff for the class of securities purchasers of Vital Therapies, Inc. stock during the period between April 17, 2014 and August 21, 2015, inclusive (the "Class Period"), as the Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) that Movant's selection of The Rosen Law Firm, P.A. and Goldberg Law PC as Co-Lead Counsel should be approved as the firms are well qualified and have extensive experience in cases of this type.

In support of this Motion, Movant files herewith a memorandum of points and authorities, the Declaration of Laurence Rosen, and a proposed order.

Dated:  February 1, 2016          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

 /s/ Laurence Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Michael Goldberg, Esq. (SBN 188689)
**GOLDBERG LAW PC**
13650 Marina Pointe Dr. Suite 1404
Marina Del Rey, CA 90292
Phone: 1800-977-7401
Fax: 1800-536-0065

[Proposed] Co-Lead Counsel for Plaintiff and Class

2

## <u>CERTIFICATE OF SERVICE</u>

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On February 1, 2016, I electronically filed the following **NOTICE OF MOTION AND MOTION OF NELSON THAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 1, 2016.


/s/ Laurence Rosen
Laurence M. Rosen

3