UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. GRIGGS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VITAL THERAPIES, INC.; TERRY WINTERS; and MICHAEL V. SWANSON,<br><br>Defendants. | Case No.: 15-CV-2700 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 17) |

Presently before the Court is the parties' Joint Stipulation of Voluntary Dismissal Under FRCP 41. (ECF No. 17.) Good cause appearing, the Joint Stipulation is **APPROVED**. As stipulated by the parties, this action is **HEREBY DISMISSED WITH PREJUDICE** as to Plaintiff and **WITHOUT PREJUDICE** as to all other parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall be responsible for its own costs or fees.

**IT IS SO ORDERED.**

Dated: August 9, 2016

Hon. Janis L. Sammartino
United States District Judge